DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAWN T. WALLACE PEARLMAN,**
Appellant,

v.

**DAVID J. PEARLMAN,**
Appellee.

No. 4D22-550

[November 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502011DR005474.

Dawn T. Wallace Pearlman, Middleburg, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***